UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )
                                     )   CASE NO. CR11-213-TSZ
        Plaintiff,                   )
                                     )
    v.                               )
                                     )   DETENTION ORDER
NANCY STONE,                         )
                                     )
        Defendant.                   )
_____)

<u>Offense charged</u>:     Social Security Fraud: Concealing Events Affecting Rights to Benefits; Social Security Fraud: False Statement for Determining Rights to Benefits (2 counts); Theft of Government Funds: Social Security; Theft of Government Funds: Health and Human Services

<u>Date of Detention Hearing</u>:    June 29, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant and her common law husband are charged with participating in a decades-long scheme to obtain disability benefits by allegedly claiming that he was disabled due to mental impairments and back pain.

2. The AUSA proffers documents taken from the house in which defendant was living, which the AUSA contends are indicative of ownership and/or control of the house by defendant and her common law husband, although the house was purchased under another individual's name. The defendant asserts that she only rents a room in the house. The AUSA proffers additional documents to argue that defendant has not been truthful with Pretrial Services about her assets and financial status.

3. Firearms were also found on the premises. Charges are currently pending against defendant and her common law husband with the Kent Police Department for Harassment—Death Threats. The Certification for Determination of Probable Cause indicates the defendant made threats to harm the victim's person and property through "beating" and "bombing their places" as well as threats to kill and hurt their family.

4. Defendant poses a risk of nonappearance due to termination of her source of income, unverified financial information, contradictory information provided by her verification source, and the suggestion of undisclosed assets. She poses a risk of danger based on the nature of the instant offense, pending charges for threats and alleged harassment and unverified financial information.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the

danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 29th day of June, 2011.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3